**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TERRY D. GRAY**                                                                                       **PLAINTIFF**

**v.**                                              **5:08-CV-00234-WRW-HDY**

**DONNY FORD** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Plaintiff's claims against the Dallas County Detention Facility are DISMISSED with prejudice, and its name is removed as a party Defendant.

IT IS SO ORDERED this 26th day of January, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE