# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TERRY D. GRAY                                            PLAINTIFF

V.                            NO: 5:08CV00234 WRW

DONNY FORD *et al.*                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 6th day of October, 2009.

                                           /s/ Wm. R. Wilson, Jr._____
                                           UNITED STATES DISTRICT JUDGE